UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY FLANORY, #127896,

       Petitioner,

                             CASE NO.  2:12-CV-11800

v.                         HONORABLE PAUL D. BORMAN

DEBRA SCUTT,

       Respondent.

_____/

## JUDGMENT

    The above-entitled matter having come before the Court, the Honorable Paul D. Borman,

United States District Judge, presiding, and in accordance with the Opinion and Order entered on

this date;

    **IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus brought

pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE.**


                                     _____
                                      PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

DATED:   NOV 3 0 2012