UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY FLANORY, #127896,

        Petitioner,

                              CASE NO. 2:12-CV-11800
v.                                 HONORABLE PAUL D. BORMAN

DEBRA SCUTT,

        Respondent.
_____/

## JUDGMENT

The above-entitled matter having come before the Court, the Honorable Paul D. Borman, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus brought pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE.**

                                                            /s/ Paul D. Borman
                                                            PAUL D. BORMAN
                                                            UNITED STATES DISTRICT JUDGE

DATED: NOV 3 0 2012